# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 28, 2007

**Before**

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

Nos.  05-1442

| | |
|---|---|
| CHRISTOPHER M. STEVENS, | Appeal from the United States District Court for the Northern District of Indiana, Hammond Division. |
| Petitioner-Appellant, | |
| v. | No.  03  C  5 |
| DANIEL R. MCBRIDE, Superintendent, | **Allen Sharp, Judge.** |
| Respondent-Appellee, | |

**O R D E R**

Respondent-Appellee filed a petition for rehearing and rehearing en banc on July 2, 2007, and Petitioner-Appellant filed a petition for rehearing and rehearing en banc on July 27, 2007. No judge in regular active service has requested a vote on the petitions for rehearing *en banc*, and all members of the original panel have voted to DENY rehearing.  Accordingly,

IT IS ORDERED that the petitions for rehearing and rehearing *en banc* are DENIED.

IT IS FURTHER ORDERED that the opinion released on June 18, 2007, is amended as follows:

Section III of the original opinion is withdrawn, and is replaced with the following new section:

## III

For the foregoing reasons, the judgment of the district court is **AFFIRMED** to the extent that it denies habeas corpus relief with respect to Stevens's conviction, and it is otherwise **VACATED**. The case is **REMANDED** with instructions to issue a writ of habeas corpus that vacates the current sentence of capital punishment. The State of Indiana is free to conduct a new death penalty hearing, providing that it files appropriate documents seeking such relief within 120 days of the mandate from this court.